IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM RICE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | No. 3:11-cv-516 |
| ) | JURY DEMAND |
| REMINGTON ARMS COMPANY, LLC ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE KNOWLES |
| DEFENDANT. ) | |
| ) | |
| ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court by the Parties Joint Stipulation of Dismissal With Prejudice that this matter has been resolved. It is therefore:

1. Ordered that Plaintiff's Complaint is Dismissed with Prejudice.

2. Ordered that discretionary costs pursuant to Federal Rule of Civil Procedure 54 are not allowable in this case.

It is so Ordered.

This _____ day of July 2013

_____
Todd J. Campbell
United States District Court Judge